IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERNEST E. COLLINS                                                                                             PLAINTIFF

V.                                                                                    CIVIL ACTION NO. 3:12CV33-B-V

GEO GROUP, INC., ET AL.                                                                                 DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated June 22, 2012, should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED AND ADJUDGED**:

1. That the report and recommendation of the United States Magistrate Judge dated June 22, 2012, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. This case is dismissed with prejudice.

This, the 12th day of October, 2012.

                                                  /s/ Neal Biggers
                                                  **NEAL B. BIGGERS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**